IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LUIS IVAN MARRERO MARTINEZ<br>ANA EVELYN ORTIZ SANTOS<br><br>DEBTOR(S) | CASE NO. 18-03283/BKT<br><br>CHAPTER 13<br><br>**ADVERSARY 18-00086 ESL** |
| LUIS IVAN MARRERO MARTINEZ<br>ANA EVELYN ORTIZ SANTOS<br>PLAINTIFF(S)<br><br>SCOTIABANK DE PUERTO RICO<br><br>ALEJANDRO OLIVERAS RIVERA, ESQ<br>AS CHAPTER 13 TRUSTEE<br>DEFENDANT(S) | |

**CERTIFICATE OF SERVICE**
**RE: NOTICE TO DEFENDANTS OF COMPLAINT AND SUMMONS**

TO THE HONORABLE COURT:

**I ROBERTO FIGUEROA CARRASQUILLO**, attorney for plaintiffs, certify that on July 23, 2018, a true copy of the adversary cover sheet, complaint and summons, issued by the Court in the above captioned proceeding, were mailed to defendant Scotiabank de Puerto Rico c/o Denis Vaz, President, 290 Jesus T. Piñeiro Ave, San Juan PR 00918, certified mail #70161370000074985244; Scotiabank de Puerto Rico c/o Juan F. Cardona Jimenez Esq, PO Box 9023593, San Juan PR 00902-3593, certified mail #70161370000074985237; Alejandro Oliveras Rivera, Chapter 13 Trustee, PO Box 9024062, San Juan PR 00902-4062, certified mail #70161370000074985749. Attached

Page -2-
Certificate of Service
Adversary Proceeding 18-00086

is copy of delivery receipt for each party that was noticed as herein stated.

**CERTIFICATE OF SERVICE**: The undersigned attorney hereby certifies that on this same date a copy of this certificate of service has been filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participants. I also certify that a copy of this certificate of service was served by regular mail to plaintiff/debtor Luis Ivan Marrero Martinez and Ana Evelyn Ortiz Santos, in the above captioned adversary proceeding.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 23rd day of July, 2018.

/s/ *Roberto Figueroa-Carrasquillo*
R. FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PLANTIFFS
PO BOX 186
CAGUAS, PR 00726
TEL NO. (787) 744-7699 FAX (787) 746-5294
EMAIL rfigueroa@rfclawpr.com

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

SAN JUAN, PR 00902 **OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.71 |
| Total Postage and Fees | $6.91 |

Postmark Here — CAGUAS, PR 00725 — JUL 23 2018 — 07/23/2018

7014 1870 0000 7498 5749

Sent To: Alejandro Oliveras Rivera, Chapter 13 Trustee
Street and Apt. No., or PO Box No.: PO Box 9024062
City, State, ZIP+4: San Juan, P.R. 00902-4062

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

SAN JUAN, PR 00902 **OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.71 |
| Total Postage and Fees | $6.91 |

Postmark Here — CAGUAS NORTH, PR 00725 — JUL 23 2018 — 07/23/2018

7014 1870 0000 7498 5237

Sent To: Scotiabank P.R. c/o Juan E. Cardona Jimenez Esq.
Street and Apt. No., or PO Box No.: PO Box 9023593
City, State, ZIP+4: San Juan, P.R. 00902-3593

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

SAN JUAN, PR 00918 **OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.71 |
| Total Postage and Fees | $6.91 |

Postmark Here — CAGUAS NORTH, PR 00725 — JUL 23 2018 — 07/23/2018

7014 1870 0000 7498 5244

Sent To: Scotiabank PR c/o Denis Vaz, President
Street and Apt. No., or PO Box No.: 290 Jesus T. Piñero Ave
City, State, ZIP+4: San Juan, P.R. 00918

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions