IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>LUIS IVAN MARRERO MARTINEZ<br>ANA EVELYN ORTIZ SANTOS<br><br>DEBTORS | CASE NO 18-03283 BKT<br><br>CHAPTER 13<br><br>ADV. PROC. NO. 18-00086 BKT |
| LUIS IVAN MARRERO MARTINEZ<br>ANA EVELYN ORTIZ SANTOS<br><br>PLAINTIFFS<br><br>V.<br><br>SCOTIABANK PUERTO RICO<br><br>DEFENDANT | |

## NOTICE OF ORDER SETTING INITIAL SCHEDULING CONFERENCE DOCKET NO. 05

**TO THE HONORABLE COURT:**

COME NOW, **LUIS IVAN MARRERO MARTINEZ and ANA EVELYN ORTIZ SANTOS**, Plaintiffs-Debtors, in the above captioned case, through their undersigned attorney, and very respectfully state and pray as follows:

1. That the Court has Ordered the scheduling of the *Initial Scheduling Conference* for **November 14, 2018 at 02:00 PM**, in the present adversary proceeding.

2. Pursuant to this Honorable Court's *ORDER* (Docket No. 05) the Plaintiffs/Debtors hereby certify that on this same date, November 7, 2018, Plaintiffs are noticing to the Defendant Scotiabank Puerto Rico of the abovementioned scheduling of the Initial

2

Scheduling Conference and have served the Defendant Scotiabank Puerto Rico with a copy of the aforestated *ORDER Setting Initial Scheduling Conference*, Docket No. 05.

**WHEREFORE,** the Plaintiffs/Debtors respectfully inform the Court that the *ORDER Setting Initial Scheduling Conference*, Docket No. 05, has been noticed to the Defendant Scotiabank Puerto Rico, through its Counsel Jose F. Cardona Jimenez, Esq., Cardona-Jimenez Law Office PSC, at jf@cardonlaw.com.

/s/ROBERTO FIGUEROA CARRASQUILLO
USDC # 203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PLAINTIFFS
PO BOX 186 CAGUAS PR 00726
TEL. 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

## CERTIFICATE OF SERVICE

**I CERTIFY** that on this same date a copy of this ***Notice*** was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to: the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq., Jose F. Cardona Jimenez, Esq., Counsel for Defendant Scotiabank Puerto Rico; I also certify that a copy of this motion was sent via US Mail to the Plaintiffs/Debtors, Luis Angel Marrero Martinez and Ana Evelyn Ortiz Santos, Urb Borinquen Valley 2 468 Capuchino Street Caguas PR 00725.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 07th day of November, 2018.

/s/ROBERTO FIGUEROA CARRASQUILLO
USDC # 203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PLAINTIFFS/DEBTORS
PO BOX 186 CAGUAS PR 00726
TEL. 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LUIS IVAN MARRERO MARTINEZ
ANA EVELYN ORTIZ SANTOS

      DEBTOR(S)

LUIS IVAN MARRERO MARTINEZ
ANA EVELYN ORTIZ SANTOS

      PLAINTIFF(S)

SCOTIABANK DE PUERTO RICO
ALEJANDRO OLIVERAS RIVERA

      DEFENDANT(S)

CASE NO. 18-03283 BKT

Chapter 13

ADVERSARY NUMBER: 18-00086 BKT

FILED & ENTERED ON 7/24/2018

## ORDER SETTING INITIAL SCHEDULING CONFERENCE

TO THE ATTORNEY IN THE ABOVE CASE:

    You are hereby notified that an initial scheduling conference in the above captioned case will be held on **November 14, 2018 at 02:00 P.M.** at the U.S. Bankruptcy Court for the District of Puerto Rico, Jose V. Toledo Federal Building and Courthouse, 300 Recinto Sur, Second Floor, Courtroom #1, San Juan, Puerto Rico. This conference will be governed by Fed.R.Bankr.P. 7016 and P.R. LBR 7016-1.

    IT IS SO ORDERED that each party be represented by the attorney who expects to conduct the actual trial. Failure to comply with this order may result in the imposition of any sanctions that the Court may deem appropriate including the dismissal of the case.

    **Plaintiff is ordered to give notice of this order to Defendant(s) and file a certificate of service with the Court within fourteen (14) days.**

    In San Juan, Puerto Rico, this 24 day of July, 2018.

                                              Brian K. Tester
                                          U.S. Bankruptcy Judge