IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 18-03283 |
| LUIS IVAN MARRERO MARTINEZ | |
| ANA EVELYN ORTIZ SANTOS | ADVERSARY CASE NO. 18-0086-BKT |
| DEBTORS/PLANTIFFS | Chapter 13 |
| VS | |
| SCOTIABANK DE PUERTO RICO | |
| ALEJANDRO OLIVERAS RIVERA, TRUSTEE | |
| DEFENDANTS | |

<span style="color:red">FILED & ENTERED ON SEP/26/2019</span>

ORDER APPROVING SETTLEMENT/STIPULATION

        This case is before the Court upon the settlement agreement/stipulation filed by the Debtors and Scotiabank de Puerto Rico, docket entry #32.

        Due notice having been given, no opposition having been filed, and good cause appearing thereof, it is now ordered that the settlement agreement/stipulation be and is hereby approved.

        IT IS SO ORDERED.

        In San Juan, Puerto Rico, this 26 day of September, 2019.


                                                Brian K. Tester
                                                United States Bankruptcy Judge